Josephine Gerrard (CBN 303221)
1791 Solano Avenue, Suite F01
Berkeley, CA 94707
Phone (510) 838-0529
Fax (510) 280-1635
Jo@gerrardlawoffices.com
Attorney for the plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH STREEPY,<br><br>    Plaintiff,<br>v.<br><br>NANCY A. BERRYHILL*,<br><br>Acting Commissioner of Social Security<br><br>    Defendant. | Case No.: 2:17-cv-02435-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A THIRTY DAY EXTENSION TO FILE PLAINTIFF'S OPENING BRIEF |

   The parties stipulate, subject to the approval of the court, Plaintiff be granted a thirty extension from the deadline April 6, 2018 to May 6, 2018 to file Plaintiff's Opening Brief.  We have had an unexpected increase in workload and this case demands more time to review the records than anticipated.

   This is Plaintiff's first request for an extension. Therefore, the parties jointly request an extension up to and including **May 6, 2018**.

Respectfully Submitted,

                   /s/ Josephine M. Gerrard
                   JOSEPHINE M. GERRARD
                   Attorney for Plaintiff

*NANCY A. BERRYHILL, now Deputy Commissioner for Operations,
performing the duties and functions not reserved to the Commissioner of Social Security

/s/ **Josephine Gerrard**
1791 Solano Avenue, Suite F01
Berkeley, CA 94707
510 524 6754
Email:jo@gerrardlawoffices.com
ATTORNEY FOR PLAINTIFF

/s/ **by email**
**Ellinor Ravenel Coder**
Social Security Administration
160 Spear Street
Suite 800
San Francisco, CA 94105
415-977-8955
Fax: 415-744-0134
Email: ellinor.coder@ssa.gov
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**McGregor W. Scott**
U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
916-554-2821
Fax: 916-554-2900
Email: Edward.Olsen@usdoj.gov

ATTORNEY TO BE NOTICED

## **ORDER**

IT IS SO ORDERED.

DATED: April 4, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE